UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | | |
|---|---|---|
| DAN M. HOROWITZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 2:10-cv-00227-wks **(Consolidated)** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., et al., | ) ) ) | |
| Defendant. | ) | |

ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL

Having considered the motions filed by Jerzy Warchol, Robert M. and Jennifer M. Nichols, Marc Schmerler and Mike Shanley ("Lead Plaintiff Movants") and the Stipulation Appointing Lead Plaintiffs and Approving Lead Plaintiffs' Selection of Co-Lead Counsel, filed December 13, 2010, and good cause appearing therefor:

1. The Stipulation is APPROVED;

2. Lead Plaintiff Movants are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

- 1 -

- 2 -

3. The selection of the law firms of Glancy Binkow & Goldberg LLP and Robbins Geller Rudman & Dowd LLP are hereby approved as co-lead counsel and Law Office of Brian Hehir and Woodward & Kelley, PLLC are hereby approved as Plaintiffs' liaison counsel.

IT IS SO ORDERED.

DATED:  December 20, 2010

/S/ WILLIAM K. SESSIONS III
_____
THE HONORABLE WILLIAM K. SESSIONS III
UNITED STATES DISTRICT JUDGE