# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| IN RE GREEN MOUNTAIN COFFEE ROASTERS, INC. DERIVATIVE LITIGATION ) ) ) ) | Lead Case No. 2:10-CV-00227 |
| This Document Relates To: ) ) | |
| 2:10-CV-00233 ) 2:10-CV-00253 ) ) | |

**ORDER ON STIPULATION RE: (1) ACCEPTANCE OF SERVICE; (2) <u>TEMPORARY STAY OF PROCEEDINGS; AND (3) COORDINATED DISCOVERY</u>**

Having considered the Stipulation filed by the parties in the Consolidated Derivative Action on February 3, 2011 regarding acceptance of service, a temporary stay of the proceedings, and coordinated discovery, and good cause appearing therefor, the Stipulation is APPROVED.

IT IS SO ORDERED.

DATED: February 23, 2011          /s/ William K. Sessions III
                                  HONORABLE WILLIAM K. SESSIONS III
                                  UNITED STATES DISTRICT JUDGE