NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

| | |
|---|---|
| **JERZY WARCHOL et al** | |
| v. | **Case No: 2:10-cv-00227-wks** |
| **GREEN MOUNTAIN COFFEE ROASTERS INC. et al** | |

**TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Wednesday, June 29, 2011, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Hearing on the Motions to Dismiss.**

**Location: Courtroom 542**                               **JEFFREY S. EATON, Clerk**
**Date of Notice: 6/3/2011**

                                                                    **By /s/Joanne A. Muir**
                                                                    **Deputy Clerk**

**TO:**

**Brian P. Hehir, Esq.**                              Anne Nichols, Court Reporter
**David A. Rosenfeld, Esq.**
**Philip C. Woodward, Esq.**

**Anne E. Johnson, Esq.**
**Julia M. Guaragna, Esq.**
**Matthew S. Borick, Esq.**
**Randall W. Bodner, Esq.**
**Robert B. Luce, Esq.**
**Robert B. Hemley, Esq.**