AO 450 (Rev. 5/85) Judgment in a Civil Case

**United States District Court**
# District of Vermont

DAN M. HOROWITZ, et al, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GREEN MOUNTAIN COFFEE ROASTERS, INC., et al,

Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:10-cv-227

_____**Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

__X__**Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 92) filed March 20, 2013, defendants' Motions to Dismiss the Second Consolidated Amended Class Action Complaint with prejudice (Document Nos. 76 and 77) are GRANTED. This case is HEREBY DISMISSED with prejudice.

Date: March 20, 2013

JEFFREY S. EATON
Clerk

/s/ Lisa Wright
(By) Deputy Clerk